UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

Proof of Service (Fed. R. Civ. P. 4(I))

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 1 3 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Case Title: Brent Lamar Jones v. City of Jacksonville, Arkansas, et al.

Case Number: 4:25-CV-1067-KGB

---

Defendant / Agency Address    Certified Mail Tracking No. Date Mailed   Date Delivered (if known)

-U.S. Attorney, Eastern District of Arkansas    425 W. Capitol Ave., Suite 500, Little Rock, AR 72201    9500113712325300022198    Oct 28, 2025 Delivered Oct 29, 2025 – 12:48 PM (Front Desk/Mail Room)

-Attorney General of the United States (DOJ)    950 Pennsylvania Ave NW, Washington, DC 20530    9505513712325300022214    Oct 28, 2025 Delivered Oct 31, 2025 – 4:48 AM (Picked Up at Post Office, Washington, DC)

-City of Little Rock    500 W. Markham St., Little Rock, AR 72201    9589071052703565654241    Oct 30, 2025 Delivered Nov 4, 2025 – 11:11 AM (Front Desk/Mail Room)

-Pulaski County    201 S. Broadway, Little Rock, AR 72201    9589071052703565654234    Oct 30, 2025 Delivered Nov 4, 2025 – 10:52 AM (Front Desk/Mail Room)

-Jacksonville Police Department   1400 Marshall Rd., Jacksonville, AR 72076     9589071052703565654210     Oct 30, 2025 Delivered Nov 5, 2025 – 2:08 PM (Left with Individual)

-Little Rock Police Department   700 W. Markham St., Little Rock, AR 72201     9589071052703565654227     Oct 30, 2025     Delivered Nov 5, 2025 – 9:47 AM (Front Desk/Mail Room)

-City of Jacksonville 1 Municipal Dr., Jacksonville, AR 72076     9589071052703565654203     Oct 30, 2025 Delivery Attempted Nov 5, 2025 – Item Available for Pickup at Jacksonville Post Office (1205 W Main St, Jacksonville AR 72076) as of Nov 11, 2025. Reminder issued to recipient for redelivery before Nov 19, 2025.

---

I am the Plaintiff in this action and am not a party disqualified from serving process.

Attached are copies of the USPS tracking confirmations (and/or green cards) for each mailing.

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, 2025.

In _____ (City, State).

Signature: _____

Name: Brent Lamar Jones

Address: 212 Raney Pl, Jacksonville, AR 72076

Phone: (501)392-7151

Email: BrentLJones501@gmail.com