IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT LAMAR JONES**                                                                      **PLAINTIFF**

v.                          **Case No. 4:25-cv-01067-KGB**

**JACKSONVILLE, City of,** *et al.*                                                       **DEFENDANTS**

### SEPARATE DEFENDANT CITY OF LITTLE ROCK'S MOTION TO DISMISS

COMES NOW, Separate Defendant City of Little Rock, by and through undersigned counsel, Thomas M. Carpenter, City Attorney, and Cody J. Pritchard, Senior Deputy City Attorney, and for their Motion to Dismiss hereby state as follows:

1. On October 14, 2025, Plaintiff filed his complaint against various defendants, including the City of Little Rock, listing seven separate causes of action.

2. Plaintiff's complaint against the City of Little Rock should be dismissed for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. Pro. §12(b)(6), because the City of Little Rock is entitled to sovereign immunity, for lack of proper service under Fed. R. Civ. P. 4, and on the basis of claim preclusion.

3. For the reasons stated above, and more fully expressed in the subsequently filed brief, the City of Little Rock respectfully requests that Plaintiff's claims against the City of Little Rock be dismissed.

Respectfully Submitted,

Thomas M. Carpenter
City Attorney


<u>/s/Cody J. Pritchard</u>
Senior Deputy City Attorney
City of Little Rock
500 W. Markham, Ste. 310
Little Rock, Arkansas 72201
Phone: (501) 371-4527
Email: cpritchard@littlerock.gov
