IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Brent Lamar Jones,
Plaintiff,

v.

Michael McAfee; Officer Devin Junior;
Officer Jeremy Dunlap; Jacksonville Police Department Command;
Judge Leon Johnson,
Defendants.

Case No. 4:25-cv-01067-KGB

---

DEFENDANT MICHAEL MCAFEE'S MOTION TO DISMISS

Defendant Michael McAfee ("Defendant"), appearing pro se, respectfully moves this Court to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b) for the following reasons:

---

1. Failure to State a Claim (Rule 12(b)(6))

Plaintiff's Complaint contains no factual basis supporting constitutional violations by Defendant, who is a private citizen. Plaintiff alleges conclusions without evidence.

---

2. No State Action (Constitutional Claims Cannot Apply)

Defendant is not a government employee, did not act under the color of state law, and

therefore cannot commit the constitutional violations Plaintiff alleges. See 42 U.S.C. § 1983 requirements.

---

3. Claims Are False and Contradicted by Facts

Plaintiff falsely accuses Defendant of:

Assault

Harassment

Retaliation

Causing arrests

Violations of rights

However:

Plaintiff entered Defendant's yard with a pocketknife on August 10.

Plaintiff threatened Defendant's child.

Plaintiff broke Defendant's window, witnessed by a neighbor.

Plaintiff later threatened to shoot Defendant on October 8.

Police arrested Plaintiff based on his own behavior, not Defendant's actions.

---

4. No Evidence of Injury, Damages, or Violations

Plaintiff claims injury without any supporting medical reports, photographs, witnesses, or law enforcement findings.

---

5. Complaint Filed in Bad Faith

This lawsuit appears to be retaliation for Plaintiff's own violent conduct and police encounters. It lacks factual or legal basis and wastes judicial resources.

---

WHEREFORE, Defendant respectfully requests that this Court:

1. Dismiss Plaintiff's Complaint with prejudice

2. Grant any additional relief the Court deems proper

Respectfully submitted,

_____
Michael McAfee
217 Raney Pl
Jacksonville, AR 72076
Defendant, Pro Se
Date: _____

---

CERTIFICATE OF SERVICE

I certify that on the ___ day of _____, 2025, I mailed a copy of this Motion to:

Brent Lamar Jones
212 Raney PL Jacksonville ar