IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Brent Lamar Jones,
Plaintiff,

v.

Michael McAfee, et al.,
Defendants.

Case No. 4:25-cv-01067-KGB

---

DEFENDANT MICHAEL MCAFEE'S MOTION FOR PROTECTIVE ORDER

Defendant Michael McAfee ("Defendant"), appearing pro se, respectfully moves this Court for a Protective Order prohibiting Plaintiff Brent Lamar Jones ("Plaintiff") from contacting, threatening, harassing, or approaching Defendant or Defendant's family.

---

GROUNDS FOR THE MOTION

1. Plaintiff has repeatedly threatened Defendant and his family

On multiple occasions, Plaintiff has initiated violent or threatening conduct, including but not limited to:

August 10, 2025: Plaintiff entered Defendant's yard with a pocketknife and threatened Defendant's child.

October 8, 2025: Plaintiff yelled he would shoot Defendant while reaching into his pocket as if armed.

These actions caused legitimate fear for Defendant's safety.

---

2. Plaintiff has engaged in harassment and intimidation

Plaintiff has:

Approached Defendant aggressively

Directed threats of violence

Filed a false and retaliatory federal lawsuit to harass Defendant

This conduct is ongoing and escalating.

---

3. A court order is needed to prevent further danger

Given Plaintiff's history of threats, weapons, and aggressive actions, Defendant believes that:

Plaintiff poses a safety risk

Contact between Plaintiff and Defendant will lead to further conflict

A Protective Order is necessary to prevent harm

---

REQUESTED RELIEF

Defendant respectfully asks this Court to order:

1. Plaintiff shall not contact Defendant in any form.

2. Plaintiff shall not come within 100 yards of Defendant, Defendant's family, or Defendant's residence at 217 Raney Pl, Jacksonville, AR.

3. Plaintiff shall not threaten, harass, or intimidate Defendant in any manner.

4. Any additional relief the Court deems just and necessary.

---

Respectfully submitted,

Michael McAfee
217 Raney Pl
Jacksonville, AR 72076
Defendant, Pro Se
Date: _____

---

📃 CERTIFICATE OF SERVICE

I certify that on the ___ day of _____, 2025, I mailed a copy of this Motion to:

Brent Lamar Jones
212 Raney PL Jacksonville ar