IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT LAMAR JONES**     **PLAINTIFF**

v.     **CASE NO. 4:25-cv-01067-KGB**

**CITY OF JACKSONVILLE,** *et al.*     **DEFENDANTS**

## MOTION TO DISMISS

Comes now, Defendants, Judge Bailey, Judge Johnson, Judge Kamps, Judge Whatley, and Prosecuting Attorney Will Jones, by and through their counsel, Attorney General Tim Griffin and Assistant Attorney General Hunter Willis, and for their Motion to Dismiss Plaintiff's Complaint, state:

1. Plaintiff, Brent Jones, filed his Complaint on October 14, 2025.

2. The Complaint alleges that Defendants "collectively engaged in false arrests, illegal home intrusions, coercive prosecutions, denial of appeals, fabrication of charges, malicious prosecution, and deliberate humiliation campaigns." Compl. at 3.

3. Mr. Jones sues each Defendant in their individual and official capacities. Compl. at 1.

4. The Complaint should be dismissed for multiple reasons.

5. First, the Complaint should be dismissed for failing to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

6. Judges Bailey, Johnson, Kamps, and Whatley are entitled to judicial immunity.

7. Prosecuting Attorney Will Jones is entitled to prosecutorial immunity.

7. Mr. Jones's claims are barred by the *Younger* abstention doctrine.

1

8. *Rooker-Feldman* prohibits relitigation of Mr. Jones's claims raised in *Brent Jones v. Arkansas Department of Corrections et al.*, 60CV-24-203 (Ark. Jan. 8, 2024).

9. Finally, the Complaint should be dismissed for improper service pursuant to Federal Rule of Civil Procedure 12(b)(5).

10. A Brief in Support of this Motion is being filed contemporaneously herewith and incorporated herein pursuant to Federal Rule of Civil Procedure 10(c).

WHEREFORE, Defendants request that this Court grant their motion and enter an order dismissing the claims against them.

    Respectfully submitted,

    TIM GRIFFIN
    Attorney General

By:    Hunter Willis, AR Bar 2025266
    Assistant Attorney General
    Arkansas Attorney General's Office
    101 West Capitol Avenue
    Little Rock, AR 72201
    Phone: (501) 301-4123
    Fax: (501) 682-2591
    Email: hunter.willis@arkansasag.gov

*Attorneys for Judge Bailey, Judge Johnson, Judge Kamps, Judge Whatley, and Prosecuting Attorney Will Jones*

## **CERTIFICATE OF SERVICE**

      I, Hunter Willis, hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification to anyone registered in this case to receive such filings. I further certify that on December 19, 2025, I mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

Brent Lamar Jones
212 Raney Pl
Jacksonville, AR 72076


                                             Hunter Willis